UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAKEISHA SHANAE ADAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-3046** |
| **JAMES ROGERS, WARDEN** | **SECTION: "B"(1)** |

### JUDGMENT

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in **favor** of Defendant, James Rogers, and **against** Petitioner, Lakeisha Shanae Adams, **DISMISSING** with prejudice her petition for habeas corpus relief.

New Orleans, Louisiana, this 31st day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE