UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 12-3046 |
| LAKEISHA ADAMS | SECTION "B"(1) |

### CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned proceeding, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____    a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

\_\_\_\_X\_\_\_    a certificate of appealability shall not be issued for the following reason(s):

No substantial showing of denial of a constitutional right. See (Rec. Doc. Nos. 22, 24).

New Orleans, Louisiana, this 2nd day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE