# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 30, 2015

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 14-31004   Lakeisha Adams v. James Rogers, Warden
                   USDC No. 2:12-CV-3046

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( ) Volumes   ( ) Envelopes   ( 1 ) Box of State Court Papers

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Cindy M. Broadhead, Deputy Clerk
                                  504-310-7707

cc w/encl:
    Ms. Lakeisha Shanae Adams
    Ms. Kathryn W. Landry

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-31004
USDC No. 2:12-CV-3046

**A True Copy**
Certified order issued Mar 30, 2015

*Tyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

LAKEISHA SHANAE ADAMS,

                  Petitioner-Appellant

v.

JAMES ROGERS, Warden,

                  Respondent-Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

O R D E R:

    Lakeisha Shanae Adams, Louisiana prisoner # 551775, seeks a certificate of appealability (COA) to appeal the district court's denial of her 28 U.S.C. § 2254 application challenging her conviction for second degree murder. Adams argues that the evidence was insufficient to support the conviction because the evidence showed her insanity at the time of the offense. She asserts that trial and appellate counsel provided ineffective assistance. Additionally, she contends that she was improperly denied transcripts and records and that statements to police officers should have been suppressed because she was mentally ill at the time of the statements.

    Adams has not shown "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong" or "that

Case: 14-31004      Document: 00512985480      Page: 2      Date Filed: 03/30/2015
Case 2:12-cv-03046-ILRL   Document 32   Filed 03/31/15   Page 3 of 3

No. 14-31004

jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, her request for a COA is DENIED. Her request for leave to proceed in forma pauperis on appeal is also DENIED.

    /s/ Patrick E. Higginbotham
    PATRICK E. HIGGINBOTHAM
    UNITED STATES CIRCUIT JUDGE