# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 5, 2015

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:  Lakeisha Shanae Adams
           v. James Rogers, Warden
           No. 14-10129
           (Your No. 14-31004)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.

                                  Sincerely,

                                  **Scott S. Harris**, Clerk

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

October 07, 2015

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 14-31004   Lakeisha Adams v. James Rogers, Warden  
                       USDC No. 2:12-CV-3046

Dear Mr. Blevins,

Enclosed is a copy of the Supreme Court order denying certiorari.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____  
                          Charlene A. Vogelaar, Deputy Clerk  
                          504-310-7648